# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Eloy Ramos**    YOB: PRINCIPAL 1970

United States

## CRIMINAL COMPLAINT

Case Number:

M-19-<u>0674</u>-M

United States District Court
Southern District Of Texas
**FILED**

MAR 22 2019

David J. Bradley, Clerk

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 21, 2019** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Alberto Agustin-Amador and Carlos Filomeno Gonzalez-Lopez, both citizens of Guatemala, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On March 21, 2019, Border Patrol Agents received a call from Roma Police Officers, requesting assistance near Roma, Texas.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

*approved by AUSA Frances E. Blake on 3/22/2019.*

Signature of Complainant

**Julio C. Peña**    **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**March 22, 2019**    at    **McAllen, Texas**
Date                                               City and State

**J Scott Hacker**     , U. S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-19-0674-M

**RE:** **Eloy Ramos**

### CONTINUATION:

Agents responded and made contact with Roma P.D. Officers who had five (5) subjects detained. Officers informed Agents that they observed a vehicle driven by Eloy Ramos, leave an area known for human smuggling. Officers advised Agents that they followed Ramos to a restaurant parking lot *located in Roma, TX* and observed Ramos exit the vehicle to go inside.

*JP*

Officers claimed that Ramos exited the restaurant and entered the vehicle several times before he proceeded to walk away from the restaurant, leaving the vehicle behind. Officers made contact with Ramos and questioned him regarding the vehicle to which Ramos stated he did not have a car.

Simultaneously, additional Officers approached the vehicle left by Ramos and were able to see four subjects, attempting to conceal themselves, through the window. At this time, Officers asked the subjects to step out and questioned the subjects. The subjects informed the Officers that they had just crossed the river.

Agents conducted an immigration inspection on the four subjects and determined that they were illegally present in the United States.

All subjects were placed under arrest and transported to the Rio Grande City Border Patrol Station to be processed accordingly.

### PRINCIPAL STATEMENT:
Eloy Ramos, a citizen of the United States, was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Ramos admitted to being hired to pick up illegal aliens near the river in Roma, Texas. Ramos stated he needed the extra money and was going to receive $500-$600 for the job.

### MATERIAL WITNESSES STATEMENTS:
Alberto Agustin-Amador and Carlos Filomeno Gonzalez-Lopez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Agustin, a citizen of Guatemala, stated his father made the smuggling arrangements but doesn't know how much was going to be paid. After crossing the river, Agustin claimed they were instructed to walk to a paved road where a vehicle would be waiting for them. Once at the pickup location, Agustin stated the driver gave them hand signals to board his vehicle. Agustin claimed they were eventually encountered by police officers.

Agustin identified Ramos, through a photo lineup, as the driver of the vehicle.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-*0674*-M

**RE:** Eloy Ramos

**CONTINUATION:**

Gonzalez, a citizen of Guatemala, stated his family made the smuggling arrangements and was to pay 60,000 Guatemalan Quetzals. He was smuggled into the United States on March 21, 2019 along with four other subjects. Gonzalez stated they were instructed to wait near the riverbank for the vehicle to pick them up. A short time later, Gonzalez claimed the vehicle arrived and they made their way to it. Gonzalez stated that he observed the passenger door open and the driver instructed them to get in.